11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 

Robert Medrano
Gomez

Appellant

Vs.                   Nos.
11-05-00303-CR & 11-05-00304-CR -- Appeals from Taylor County

State of Texas

Appellee

 

In
each case, counsel for Robert Medrano Gomez has notified this court in writing
that appellant died on September 11, 2005, while in the custody of the Texas
Department of Criminal Justice. 
Therefore, the appeals are permanently abated.  TEX.R.APP.P. 7.1(a)(2).

 

PER CURIAM

 

September 29,
2005

Do not
publish.  See TEX.R.APP.P.
47.2(b).

Panel consists
of:  Wright, J., and McCall, J.[1]











[1]W. G. Arnot, III, Chief Justice,
retired effective July 31, 2005.  The
chief justice position is vacant.